US DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK
COUNTY OF

**AFFIDAVIT OF SERVICE**

ERICH LACHMANN

ATTORNEY: LOVETT
FF/INDEX #:
DATE FILED: 5/22/08
DOCKET #:

Plaintiff(s)/Petitioners(s)

CASE NO.: 08 CIV. 4777

- AGAINST -

CITY OF MIDDLETOWN, NEW YORK, ET AL.

BRIEANT

Defendants(s)/Respondent(s)

COURT D/T:
AMOUNT:

STATE OF NEW YORK COUNTY OF ORANGE ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF PENNSYLVANIA.

That on 5/29/08 at 1:15 PM at CITY HALL
16 JAMES STREET, MIDDLETOWN, NY 10940

deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT & JURY TRIAL DEMANDED, JUDGE'S RULES & ELECTRONIC FILING RULES

on CITY OF MIDDLETOWN, NEW YORK

therein named

CORPORATION ☑ By delivering to and leaving with ALICIA OLSEN
so served to be the CITY CLERK

and that he knew the person of the corporation, and authorized to accept service.

☐ AND AT THE SAME TIME PAYING IN ADVANCE

THE AUTHORIZED FEE

DESCRIPTION Deponent describes the individual served as follows:

FEMALE   WHITE SKIN   BLACK HAIR   55-63 YRS.   5'2"-5'4"   135-145 LBS.

Other identifying features:
GLASSES

Sworn to before me on: 6/3/08

JOSEPH SHERLOCK

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES JULY 15, 20__
01G05013764

JOANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES AUGUST 15, 20_10_
01J05031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES NOVEMBER 30, 20__
4632958

US DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK
COUNTY OF

ERICH LACHMANN

Plaintiff(s)/Petitioners(s)

- AGAINST -

CITY OF MIDDLETOWN, NEW YORK, ET AL.

Defendants(s)/Respondent(s)

**AFFIDAVIT OF SERVICE**

ATTORNEY: LOVETT
FF/INDEX #:
DATE FILED: 5/22/08
DOCKET #:

CASE NO.: 08 CIV. 4777
BRIEANT

COURT D/T:
AMOUNT:

STATE OF NEW YORK COUNTY OF ORANGE ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF PENNSYLVANIA.

That on 5/29/08 at 12:55 PM at 81 EAST MAIN STREET, MIDDLETOWN, NY 10940

deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT & JURY TRIAL DEMANDED, JUDGE'S RULES & ELECTRONIC FILING RULES

on MIDDLETOWN FIRE DEPARTMENT

therein named

**CORPORATION** ☑ By delivering to and leaving with DONALD BENEDETTO so served to be the OFFICER and that he knew the person of the corporation, and authorized to accept service.

☐ AND AT THE SAME TIME PAYING IN ADVANCE   THE AUTHORIZED FEE

**DESCRIPTION**   Deponent describes the individual served as follows:

MALE   WHITE SKIN   BLACK/GRAY HAIR   40-50 YRS.   5'5"-5'9"   175-200 LBS.

Other identifying features:
GLASSES

Sworn to before me on: 6/3/08

JOANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES AUGUST 15, 20 10
01J05031856

JOSEPH SHERLOCK

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES JULY 15, 20__
01G05013764

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES NOVEMBER 30, 20__
4632958

| | | |
|---|---|---|
| US DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK<br>COUNTY OF _____ | | **AFFIDAVIT OF SERVICE**<br>ATTORNEY: LOVETT<br>FF/INDEX #:<br>DATE FILED: 5/22/08<br>DOCKET #:<br>CASE NO.: 08 CIV. 4777<br>BRIEANT<br>COURT D/T:<br>AMOUNT: |

ERICH LACHMANN

Plaintiff(s)/Petitioners(s)

- AGAINST -

CITY OF MIDDLETOWN, NEW YORK, ET AL.

Defendants(s)/Respondent(s)

STATE OF NEW YORK COUNTY OF ORANGE ss:
THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 5/30/08 at 3:46 PM at 41 HARRISON STREET MIDDLETOWN, NEW YORK 10940

deponent served the within **SUMMONS IN A CIVIL ACTION, COMPLAINT & JURY TRIAL DEMANDED, JUDGE'S RULES & ELECTRONIC FILING RULES**

on **SAM BARONE, Individually** therein named

**SUITABLE AGE** ☑ By delivering a true copy thereof to and leaving with **KATHLEEN BARONE, SPOUSE** a person of suitable age and discretion, the said premises being the defendants - respondents

☑ dwelling place  ☐ place of business  ☐ last known address  within the State of New York

☐ AND AT THE SAME TIME PAYING IN ADVANCE THE AUTHORIZED FEE

**DESCRIPTION** Deponent describes the individual served as follows:

**FEMALE, WHITE SKIN, BLONDE HAIR, 40-45 YRS., 5'6", 145-155 LBS.**

Other identifying features:

**MAILING** ☑ Deponent completed said service under the last two sections by depositing a copy of the above named process in a postpaid properly addressed envelope in an official depositary under the exclusive card and custody of the United States Post Office in the State of New York, addressed to the defendant in an envelope bearing the legend "Personal and Confidential" and not indicating on the outside of the envelope that the communication is from an attorney

Mailed on: 6/3/08

☑ at his last known residence  ☐ at his place of business  ☐ at his last known address

Address confirmed by:

**MILITARY SERVICE** ☑ I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any capacity whatever and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on: 6/3/08

_signature_ DINA BENNETT

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES JULY 15, 20__
01G05013764

JOANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES AUGUST 15, 20_/_
01J05031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES NOVEMBER 30, 20__
4632958

| US DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK | AFFIDAVIT OF SERVICE |
|---|---|
| COUNTY OF | ATTORNEY: LOVETT |
| ERICH LACHMANN | FF/INDEX #: |
| | DATE FILED: 5/22/08 |
| | DOCKET #: |
| - AGAINST - Plaintiff(s)/Petitioners(s) | CASE NO.: 08 CIV. 4777 |
| CITY OF MIDDLETOWN, NEW YORK, ET AL. | BRIEANT |
| Defendants(s)/Respondent(s) | COURT D/T: |
| | AMOUNT: |

**STATE OF NEW YORK COUNTY OF ORANGE ss:**

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK:

That on 5/29/08 at 8:28 PM at 33 KENNEDY TERRACE MIDDLETOWN, NEW YORK 10940

deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT & JURY TRIAL DEMANDED, JUDGE'S RULES & ELECTRONIC FILING RULES

on KEVIN DUGGAN, Individually

therein named

**SUITABLE AGE** ☑ By delivering a true copy thereof to and leaving with KRISTINE DUGGAN, DAUGHTER a person of suitable age and discretion, the said premises being the defendants - respondents

☑ dwelling place   ☐ place of business   ☐ last known address   within the State of New York

☐ AND AT THE SAME TIME PAYING IN ADVANCE THE AUTHORIZED FEE

**DESCRIPTION** Deponent describes the individual served as follows:

FEMALE, WHITE SKIN, RED HAIR, 18 YRS., 5'5", 110-115 LBS.

Other identifying features:

**MAILING** ☑ Deponent completed said service under the last two sections by depositing a copy of the above named process in a postpaid properly addressed envelope in an official depository under the exclusive card and custody of the United States Post Office in the State of New York, addressed to the defendant in an envelope bearing the legend "Personal and Confidential" and not indicating on the outside of the envelope that the communication is from an attorney

Mailed on: 5/30/08

☑ at his last known residence   ☐ at his place of business   ☐ at his last known address

Address confirmed by:

**MILITARY SERVICE** ☑ I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any capacity whatever and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on: 5/30/08

DINA BENNETT

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES JULY 15, 20__
01G05013764

JOANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES AUGUST 15, 20_10_
01J05031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES NOVEMBER 30, 20__
4632958

| | | |
|---|---|---|
| US DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK | | AFFIDAVIT OF SERVICE |
| COUNTY OF _____ | | ATTORNEY: LOVETT |
| | | FF/INDEX #: |
| ERICH LACHMANN | | DATE FILED: 5/22/08 |
| | | DOCKET #: |
| | Plaintiff(s)/Petitioners(s) | CASE NO.: 08 CIV. 4777 |
| - AGAINST - | | BRIEANT |
| CITY OF MIDDLETOWN, NEW YORK, ET AL. | | |
| | | COURT D/T: |
| | Defendants(s)/Respondent(s) | AMOUNT: |

STATE OF NEW YORK COUNTY OF ORANGE ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 5/30/08 at 3:51 PM at 98 BEATTIE AVENUE
MIDDLETOWN, NEW YORK 10940

deponent served the within **SUMMONS IN A CIVIL ACTION, COMPLAINT & JURY TRIAL DEMANDED, JUDGE'S RULES & ELECTRONIC FILING RULES**

on **TOM AMODIO, Individually** therein named

**INDIVIDUAL** ☑ By Personally delivering to and leaving with said individual, and that he knew the person so served to be the person mentioned and described in said writ.

☐ AND AT THE SAME TIME PAYING IN ADVANCE THE AUTHORIZED FEE

**DESCRIPTION** Deponent describes the individual served as follows:

**MALE, WHITE SKIN, BLACK HAIR, 50-55 YRS., 5'10", 185-200 LBS.**

Other identifying features:

**MUSTACHE**

**MILITARY SERVICE** ☑ I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any capacity whatever and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on: 6/3/08

DINA BENNETT

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES JULY 15, 20__
01G05013764

JOANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES AUGUST 15, 20_10_
01J05031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES NOVEMBER 30, 20__
4632958

| US DISTRICT COURT | OF THE SOUTHERN DISTRICT OF NEW YORK | AFFIDAVIT OF SERVICE |
|---|---|---|
| COUNTY OF | | ATTORNEY: LOVETT |
| | | FF/INDEX #: |
| ERICH LACHMANN | | DATE FILED: 5/22/08 |
| | | DOCKET #: |
| | Plaintiff(s)/Petitioners(s) | CASE NO.: 08 CIV. 4777 |
| - AGAINST - | | BRIEANT |
| CITY OF MIDDLETOWN, NEW YORK, ET AL. | | |
| | Defendants(s)/Respondent(s) | COURT D/T: |
| | | AMOUNT: |

**STATE OF NEW YORK COUNTY OF ORANGE ss:**

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 5/29/08 at 8:52 PM at 25 KEYSTONE PARK
MIDDLETOWN, NEW YORK 10940

deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT & JURY TRIAL DEMANDED, JUDGE'S RULES & ELECTRONIC FILING RULES

on WAYNE CLARKE, Individually                                              therein named

**SUITABLE AGE** ☑ By delivering a true copy thereof to and leaving with SHERRI CLARKE, SPOUSE a person of suitable age and discretion, the said premises being the defendants - respondents

☑ dwelling place   ☐ place of business   ☐ last known address   within the State of New York

☐ AND AT THE SAME TIME PAYING IN ADVANCE   THE AUTHORIZED FEE

**DESCRIPTION** Deponent describes the individual served as follows:

FEMALE, WHITE SKIN, BROWN HAIR, 40-45 YRS., 5'6", 150-160 LBS.

Other identifying features:

**MAILING** ☑ Deponent completed said service under the last two sections by depositing a copy of the above named process in a postpaid property addressed envelope in an official depositary under the exclusive card and custody of the United States Post Office in the State of New York, addressed to the defendant in an envelope bearing the legend "Personal and Confidential" and not indicating on the outside of the envelope that the communication is from an attorney

Mailed on: 5/30/08

☑ at his last known residence   ☐ at his place of business   ☐ at his last known address

Address confirmed by:

**MILITARY SERVICE** ☑ I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any capacity whatever and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on: 5/30/08

DINA BENNETT

| JOHN GOULD | JOANN JOHNSON | KATHLEEN GOULD |
| NOTARY PUBLIC, STATE OF NEW YORK | NOTARY PUBLIC, STATE OF NEW YORK | NOTARY PUBLIC, STATE OF NEW YORK |
| QUALIFIED IN ORANGE COUNTY | QUALIFIED IN ORANGE COUNTY | QUALIFIED IN ORANGE COUNTY |
| COMMISION EXPIRES JULY 15, 20__ | COMMISSION EXPIRES AUGUST 15, 20_10_ | COMMISION EXPIRES NOVEMBER 30, 20__ |
| 01G05013764 | 01J05031856 | 4632956 |

| US DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK | AFFIDAVIT OF SERVICE |
|---|---|
| COUNTY OF | ATTORNEY: LOVETT |
| ERICH LACHMANN | FF/INDEX #: |
| | DATE FILED: 5/22/08 |
| | DOCKET #: |
| Plaintiff(s)/Petitioners(s) | CASE NO.: 08 CIV. 4777 |
| - AGAINST - | BRIEANT |
| CITY OF MIDDLETOWN, NEW YORK, ET AL. | |
| Defendants(s)/Respondent(s) | COURT D/T: |
| | AMOUNT: |

**STATE OF NEW YORK COUNTY OF ORANGE ss:**

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 6/13/08 at 9:00 PM at MIDDLETOWN FIRE DEPARTMENT
81 EAST MAIN STREET, MIDDLETOWN, NY 10940

deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT & JURY TRIAL DEMANDED, JUDGE'S RULES & ELECTRONIC FILING RULES

on DONALD BENEDETTO, Individually therein named

**INDIVIDUAL** ☑ By Personally delivering to and leaving with said individual, and that he knew the person so served to be the person mentioned and described in said writ.

☐ AND AT THE SAME TIME PAYING IN ADVANCE THE AUTHORIZED FEE

**DESCRIPTION** Deponent describes the individual served as follows:

MALE, WHITE SKIN, BROWN HAIR, 50-55 YRS., 6', 200-220 LBS.

Other identifying features:

**MILITARY SERVICE** ☑ I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any capacity whatever and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on: 6/16/08

_____
DINA BENNETT

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES JULY 15, 20__
01G05013764

JOANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES AUGUST 15, 20_10_
01J05031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES NOVEMBER 30, 20__
4632958

| | | |
|---|---|---|
| US DISTRICT COURT COUNTY OF | | AFFIDAVIT OF SERVICE |
| ERICH LACHMANN | | ATTORNEY: LOVETT<br>FF/INDEX #:<br>DATE FILED: 5/22/08<br>DOCKET #: |
| - AGAINST - | Plaintiff(s)/Petitioners(s) | CASE NO.: 08 CIV. 4777 |
| CITY OF MIDDLETOWN, NEW YORK, ET AL. | | BRIEANT |
| | Defendants(s)/Respondent(s) | COURT D/T:<br>AMOUNT: |

STATE OF NEW YORK COUNTY OF ORANGE ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 5/30/08 at 4:03 PM at 16 COLUMBIA AVENUE MIDDLETOWN, NEW YORK 10940

deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT & JURY TRIAL DEMANDED, JUDGE'S RULES & ELECTRONIC FILING RULES

on DAVID GUATTERY, Individually

therein named

**INDIVIDUAL** [✓] By Personally delivering to and leaving with said individual, and that he knew the person so served to be the person mentioned and described in said writ.

[ ] AND AT THE SAME TIME PAYING IN ADVANCE THE AUTHORIZED FEE

**DESCRIPTION** Deponent describes the individual served as follows:

MALE, WHITE SKIN, BROWN HAIR, 40-45 YRS., 5'8"-5'10", 180-195 LBS.

Other identifying features:

**MILITARY SERVICE** [✓] I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any capacity whatever and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on: 6/3/08

DINA BENNETT

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES JULY 15, 20__
01G05013764

JOANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES AUGUST 15, 20 _10_
01J05031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES NOVEMBER 30, 20__
4632958

| US DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK | AFFIDAVIT OF SERVICE |
|---|---|
| COUNTY OF | ATTORNEY: LOVETT |
| ERICH LACHMANN | FF/INDEX #: |
| | DATE FILED: 5/22/08 |
| | DOCKET #: |
| - AGAINST -   Plaintiff(s)/Petitioners(s) | CASE NO.: 08 CIV. 4777 |
| CITY OF MIDDLETOWN, NEW YORK, ET AL. | BRIEANT |
| Defendants(s)/Respondent(s) | COURT D/T: |
| | AMOUNT: |

STATE OF NEW YORK COUNTY OF ORANGE ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 6/3/08 at 11:00 AM at CITY OF MIDDLETOWN, CITY HALL, 16 JAMES STREET MIDDLETOWN, NEW YORK 10940

deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT & JURY TRIAL DEMANDED, JUDGE'S RULES & ELECTRONIC FILING RULES

on MARLINDA DUNCANSON, Individually                                                     therein named

**INDIVIDUAL** ☑ By Personally delivering to and leaving with said individual, and that he knew the person so served to be the person mentioned and described in said writ.

☐ AND AT THE SAME TIME PAYING IN ADVANCE        THE AUTHORIZED FEE

**DESCRIPTION** Deponent describes the individual served as follows:

FEMALE, WHITE SKIN, BROWN HAIR, 45 - 50 YRS., 5'5", 150 - 160 LBS.

Other identifying features:

GLASSES

**MILITARY SERVICE** ☑ I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any capacity whatever and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on: 6/4/08

_____
DINA BENNETT

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES JULY 15, 20__
01G05013764

JOANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES AUGUST 15, 20_10_
01J05031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES NOVEMBER 30, 20__
4632958