COUNTY OF

**AFFIDAVIT OF SERVICE**

ERICH LACHMANN

ATTORNEY: LOVETT
FF/INDEX #:
DATE FILED: 5/22/08
DOCKET #:

*- AGAINST -*                                    Plaintiff(s)/Petitioners(s)

CITY OF MIDDLETOWN, NEW YORK, ET AL.

CASE NO.: 08 CIV. 4777

BRIEANT

Defendants(s)/Respondent(s)

COURT D/T:
AMOUNT:

STATE OF NEW YORK COUNTY OF ORANGE ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF PENNSYLVANIA.

That on **5/29/08**        at **1:15 PM**    at **CITY HALL
16 JAMES STREET, MIDDLETOWN, NY 10940**

deponent served the within **SUMMONS IN A CIVIL ACTION, COMPLAINT & JURY TRIAL DEMANDED, JUDGE'S RULES & ELECTRONIC FILING RULES**

on    **CITY OF MIDDLETOWN, NEW YORK**

therein named

**CORPORATION**    ☑  By delivering to and leaving with    **ALICIA OLSEN**
so served to be the    **CITY CLERK**
and that he knew the person
of the corporation, and authorized to accept service.

☐    AND AT THE SAME TIME PAYING IN ADVANCE

THE AUTHORIZED FEE

**DESCRIPTION**    Deponent describes the individual served as follows:

**FEMALE    WHITE SKIN    BLACK HAIR    55-63 YRS.    5'2"-5'4"    135-145 LBS.**
Other identifying features:
**GLASSES**

Sworn to before me on:    **6/3/08**

JOSEPH SHERLOCK

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES JULY 15, 20__
01G05013764

JOANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES AUGUST 15, 20_10_
01J05031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES NOVEMBER 30, 20__
4632958

US DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK
COUNTY OF

**AFFIDAVIT OF SERVICE**

ERICH LACHMANN

ATTORNEY: LOVETT
FF/INDEX #:
DATE FILED: 5/22/08
DOCKET #:

- AGAINST -

CITY OF MIDDLETOWN, NEW YORK, ET AL.

Plaintiff(s)/Petitioners(s)

CASE NO.: 08 CIV. 4777

BRIEANT

Defendants(s)/Respondent(s)

COURT D/T:
AMOUNT:

STATE OF NEW YORK COUNTY OF ORANGE ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF PENNSYLVANIA.

That on **5/29/08**        at **12:55 PM**  at  **81 EAST MAIN STREET, MIDDLETOWN, NY 10940**

deponent served the within **SUMMONS IN A CIVIL ACTION, COMPLAINT & JURY TRIAL DEMANDED, JUDGE'S RULES & ELECTRONIC FILING RULES**

on  **MIDDLETOWN FIRE DEPARTMENT**

therein named

CORPORATION   ☑ By delivering to and leaving with   **DONALD BENEDETTO**
so served to be the **OFFICER**                                           and that he knew the person
of the corporation, and authorized to accept service.

☐ AND AT THE SAME TIME PAYING IN ADVANCE                THE AUTHORIZED FEE

DESCRIPTION        Deponent describes the individual served as follows:

**MALE     WHITE SKIN        BLACK/GRAY HAIR      40-50 YRS.     5'5"-5'9"      175-200 LBS.**
Other identifying features:
**GLASSES**

Sworn to before me on:   **6/3/08**

JOSEPH SHERLOCK

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES JULY 15, 20__
01G05013764

JOANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES AUGUST 15, 20_10_
01J05031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES NOVEMBER 30, 20__
4632958

US DISTRICT COURT    OF THE SOUTHERN DISTRICT OF NEW YORK      **AFFIDAVIT OF SERVICE**

COUNTY OF

ERICH LACHMANN

ATTORNEY: LOVETT
FF/INDEX #:
DATE FILED: 5/22/08
DOCKET #:

Plaintiff(s)/Petitioners(s)

CASE NO.: 08 CIV. 4777

BRIEANT

- AGAINST -

CITY OF MIDDLETOWN, NEW YORK, ET AL.

Defendants(s)/Respondent(s)

COURT D/T:
AMOUNT:

STATE OF NEW YORK COUNTY OF ORANGE ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on **5/30/08**    at **3:46 PM**   at   **41 HARRISON STREET**
                                    **MIDDLETOWN, NEW YORK  10940**

deponent served the within   **SUMMONS IN A CIVIL ACTION, COMPLAINT & JURY TRIAL DEMANDED, JUDGE'S RULES & ELECTRONIC FILING RULES**

on   **SAM BARONE, Individually**                                               therein named

**SUITABLE AGE**   [✓]   By delivering a true copy thereof to and leaving with   **KATHLEEN BARONE, SPOUSE**
a person of suitable age and discretion, the said premises being the defendants - respondents

       [✓] dwelling place     [ ] place of business     [ ] last known address     within the State of New York

       [ ]   AND AT THE SAME TIME PAYING IN ADVANCE            THE AUTHORIZED FEE

**DESCRIPTION**     Deponent describes the individual served as follows:

**FEMALE, WHITE SKIN, BLONDE HAIR, 40-45 YRS., 5'6", 145-155 LBS.**

Other identifying features:

**MAILING**   [✓]   Deponent completed said service under the last two sections by depositing a copy of the above named process in a postpaid properly addressed envelope in an official depository under the exclusive card and custody of the United States Post Office in the State of New York, addressed to the defendant in an envelope bearing the legend "Personal and Confidential" and not indicating on the outside of the envelope that the communication is from an attorney

        Mailed on: **6/3/08**
        [✓] at his last known residence    [ ] at his place of business    [ ] at his last known address
        Address confirmed by:

**MILITARY SERVICE**   [✓]   I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any capacity whatever and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on:   **6/3/08**

DINA BENNETT

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES JULY 15, 20__
01G05013764

JOANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES AUGUST 15, 20__
01J05031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES NOVEMBER 30, 20__
4632958

US DISTRICT COURT
COUNTY OF

**AFFIDAVIT OF SERVICE**

ERICH LACHMANN

ATTORNEY: LOVETT
FF/INDEX #:
DATE FILED: 5/22/08
DOCKET #:

- AGAINST -

Plaintiff(s)/Petitioners(s)

CASE NO.: 08 CIV. 4777

CITY OF MIDDLETOWN, NEW YORK, ET AL.

BRIEANT

Defendants(s)/Respondent(s)

COURT D/T:
AMOUNT:

STATE OF NEW YORK COUNTY OF ORANGE ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK:

That on **5/29/08**  at **8:28 PM**  at  **33 KENNEDY TERRACE**
**MIDDLETOWN, NEW YORK  10940**

deponent served the within  **SUMMONS IN A CIVIL ACTION, COMPLAINT & JURY TRIAL DEMANDED, JUDGE'S RULES & ELECTRONIC FILING RULES**

on  **KEVIN DUGGAN, Individually**

therein named

SUITABLE AGE  ☑  By delivering a true copy thereof to and leaving with  **KRISTINE DUGGAN, DAUGHTER**
a person of suitable age and discretion, the said premises being the defendants - respondents

☑ dwelling place      ☐ place of business      ☐ last known address        within the State of New York

☐  AND AT THE SAME TIME PAYING IN ADVANCE

THE AUTHORIZED FEE

DESCRIPTION      Deponent describes the individual served as follows:

**FEMALE,  WHITE SKIN,  RED HAIR,  18 YRS.,  5'5",  110-115 LBS.**

Other identifying features:

MAILING  ☑  Deponent completed said service under the last two sections by depositing a copy of the above named process in a postpaid properly addressed envelope in an official depository under the exclusive card and custody of the United States Post Office in the State of New York, addressed to the defendant in an envelope bearing the legend "Personal and Confidential" and not indicating on the outside of the envelope that the communication is from an attorney.

Mailed on: **5/30/08**

☑ at his last known residence      ☐ at his place of business      ☐ at his last known address

Address confirmed by:

MILITARY
SERVICE  ☑  I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any capacity whatever and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on:  **5/30/08**

DINA BENNETT

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES JULY 15, 20__
01G05013764

JOANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES AUGUST 15, 20/0
01J05031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES NOVEMBER 30, 20__
4632958

| | |
|---|---|
| US DISTRICT COURT    OF THE SOUTHERN DISTRICT OF NEW YORK | **AFFIDAVIT OF SERVICE** |

COUNTY OF

**ERICH LACHMANN**

ATTORNEY: LOVETT
FF/INDEX #:
DATE FILED: 5/22/08
DOCKET #:

Plaintiff(s)/Petitioners(s)

CASE NO.: 08 CIV. 4777

BRIEANT

- *AGAINST* -

**CITY OF MIDDLETOWN, NEW YORK, ET AL.**

Defendants(s)/Respondent(s)

COURT D/T:
AMOUNT:

STATE OF NEW YORK COUNTY OF ORANGE ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on **5/30/08**    at **3:51 PM**    at  **98 BEATTIE AVENUE**
                                           **MIDDLETOWN, NEW YORK  10940**

deponent served the within **SUMMONS IN A CIVIL ACTION, COMPLAINT & JURY TRIAL DEMANDED, JUDGE'S RULES & ELECTRONIC FILING RULES**

on  **TOM AMODIO, Individually**                                                      therein named

**INDIVIDUAL**  ☑  By Personally delivering to and leaving with said individual, and that he knew the person so served to be the person mentioned and described in said writ.

☐  AND AT THE SAME TIME PAYING IN ADVANCE          THE AUTHORIZED FEE

**DESCRIPTION**  Deponent describes the individual served as follows:

**MALE,  WHITE SKIN,  BLACK HAIR,  50-55 YRS.,  5'10",  185-200 LBS.**

Other identifying features:

**MUSTACHE**

**MILITARY SERVICE**  ☑  I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any capacity whatever and received a negative reply.  Defendant wore ordinary civilian clothes and no military uniform.  The source of my information and the grounds of my belief are the conversations and observations above narrated.

Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on:  **6/3/08**

DINA BENNETT

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES JULY 15, 20__
01G05013764

JOANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES AUGUST 15, 20_10
01J05031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES NOVEMBER 30, 20__
4632958

US DISTRICT COURT    OF THE SOUTHERN DISTRICT OF NEW YORK                 **AFFIDAVIT OF SERVICE**

COUNTY OF

**ERICH LACHMANN**

| | |
|---|---|
| ATTORNEY: | **LOVETT** |
| FF/INDEX #: | |
| DATE FILED: | 5/22/08 |
| DOCKET #: | |

- AGAINST -                              Plaintiff(s)/Petitioners(s)

CASE NO.: 08 CIV. 4777

**CITY OF MIDDLETOWN, NEW YORK, ET AL.**                                   **BRIEANT**

Defendants(s)/Respondent(s)

COURT D/T:

AMOUNT:

## STATE OF NEW YORK COUNTY OF ORANGE ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on **5/29/08**          at **8:52 PM**   at  **25 KEYSTONE PARK**
                                               **MIDDLETOWN, NEW YORK  10940**
deponent served the within  **SUMMONS IN A CIVIL ACTION, COMPLAINT & JURY TRIAL DEMANDED, JUDGE'S RULES & ELECTRONIC FILING RULES**

on:  **WAYNE CLARKE, Individually**                                                therein named

SUITABLE AGE   ☑   By delivering a true copy thereof to and leaving with   **SHERRI CLARKE, SPOUSE**
                    a person of suitable age and discretion, the said premises being the defendants - respondents.

                    ☑  dwelling place      ☐  place of business      ☐  last known address      within the State of New York

             ☐   AND AT THE SAME TIME PAYING IN ADVANCE                    THE AUTHORIZED FEE

DESCRIPTION      Deponent describes the individual served as follows:

                 **FEMALE, WHITE SKIN, BROWN HAIR, 40-45 YRS., 5'6", 150-160 LBS.**

                 Other identifying features:

MAILING    ☑    Deponent completed said service under the last two sections by depositing a copy of the above named process
                in a postpaid properly addressed envelope in an official depositary under the exclusive card and custody of the
                United States Post Office in the State of New York, addressed to the defendant in an envelope bearing the legend
                "Personal and Confidential" and not indicating on the outside of the envelope that the communication is from an attorney.

                Mailed on: **5/30/08**
                ☑  at his last known residence      ☐  at his place of business      ☐  at his last known address
                Address confirmed by:

MILITARY   ☑    I asked the person spoken to whether defendant was in active military service of the United States or of the state of
SERVICE         New York in any capacity whatever and received a negative reply.  Defendant wore ordinary civilian clothes and no
                military uniform.  The source of my information and the grounds of my belief are the conversations and observations
                above narrated.

                Upon information and belief I aver that the defendant is not in the military service of New York State or of
                the United States as that term is defined in either the State or in the Federal statutes.

                Sworn to before me on:   **5/30/08**

                                                                        _DINA BENNETT_

JOHN GOULD                        JOANN JOHNSON             KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK  NOTARY PUBLIC, STATE OF NEW YORK   NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY        QUALIFIED IN ORANGE COUNTY    QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES JULY 15, 20__  COMMISSION EXPIRES AUGUST 15, 20__   COMMISSION EXPIRES NOVEMBER 30, 20__
01G05013764                       01J05031856                   4632958

| US DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK | AFFIDAVIT OF SERVICE |
|---|---|

COUNTY OF

**ERICH LACHMANN**

Plaintiff(s)/Petitioners(s)

*- AGAINST -*

**CITY OF MIDDLETOWN, NEW YORK, ET AL.**

Defendants(s)/Respondent(s)

ATTORNEY: **LOVETT**
FF/INDEX #:
DATE FILED: **5/22/08**
DOCKET #:

CASE NO.: **08 CIV. 4777**

**BRIEANT**

COURT D/T:
AMOUNT:

STATE OF NEW YORK COUNTY OF ORANGE ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on **6/13/08**          at **9:00 PM**    at  **MIDDLETOWN FIRE DEPARTMENT**
**81 EAST MAIN STREET, MIDDLETOWN, NY 10940**

deponent served the within  **SUMMONS IN A CIVIL ACTION, COMPLAINT & JURY TRIAL DEMANDED, JUDGE'S RULES & ELECTRONIC FILING RULES**

on   **DONALD BENEDETTO, Individually**                                              therein named

**INDIVIDUAL**   ☑   By Personally delivering to and leaving with said individual, and that he knew the person so served to be the person mentioned and described in said writ.

☐   AND AT THE SAME TIME PAYING IN ADVANCE                    THE AUTHORIZED FEE

**DESCRIPTION**     Deponent describes the individual served as follows:

**MALE,  WHITE SKIN,  BROWN HAIR,  50-55 YRS.,  6',  200-220 LBS.**

Other identifying features:

**MILITARY SERVICE**   ☑   I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any capacity whatever and received a negative reply.  Defendant wore ordinary civilian clothes and no military uniform.  The source of my information and the grounds of my belief are the conversations and observations above narrated.

Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on:  **6/16/08**

**DINA BENNETT**

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES JULY 15, 20__
01G05013764

JOANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES AUGUST 15, 20__
01J05031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES NOVEMBER 30, 20__
4632958

US DISTRICT COURT
COUNTY OF

**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| ERICH LACHMANN | ATTORNEY: LOVETT |
| | FF/INDEX #: |
| | DATE FILED: 5/22/08 |
| | DOCKET #: |

- *AGAINST* -

CITY OF MIDDLETOWN, NEW YORK, ET AL.

Plaintiff(s)/Petitioners(s)

CASE NO.: 08 CIV. 4777

BRIEANT

Defendants(s)/Respondent(s)

COURT D/T:

AMOUNT:

STATE OF NEW YORK COUNTY OF ORANGE ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 5/30/08     at 4:03 PM     at   16 COLUMBIA AVENUE
MIDDLETOWN, NEW YORK 10940

deponent served the within   **SUMMONS IN A CIVIL ACTION, COMPLAINT & JURY TRIAL DEMANDED, JUDGE'S RULES & ELECTRONIC FILING RULES**

on   **DAVID GUATTERY, Individually**

therein named

**INDIVIDUAL**   ☑   By Personally delivering to and leaving with said individual, and that he knew the person so served to be the person mentioned and described in said writ.

☐   AND AT THE SAME TIME PAYING IN ADVANCE      THE AUTHORIZED FEE

**DESCRIPTION**   Deponent describes the individual served as follows:

**MALE, WHITE SKIN, BROWN HAIR, 40-45 YRS., 5'8"-5'10", 180-195 LBS.**

Other identifying features:

**MILITARY SERVICE**   ☑   I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any capacity whatever and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on:   6/3/08

DINA BENNETT

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES JULY 15, 20__
01G05013764

JOANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES AUGUST 15, 20_10_
01J05031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES NOVEMBER 30, 20__
4632958

US DISTRICT COURT **OF THE SOUTHERN DISTRICT OF NEW YORK**

COUNTY OF

**AFFIDAVIT OF SERVICE**

**ERICH LACHMANN**

| | |
|---|---|
| ATTORNEY: | LOVETT |
| FF/INDEX #: | |
| DATE FILED: | 5/22/08 |
| DOCKET #: | |

- *AGAINST* -

Plaintiff(s)/Petitioners(s)

**CASE NO.:** 08 CIV. 4777

**CITY OF MIDDLETOWN, NEW YORK, ET AL.**

**BRIEANT**

Defendants(s)/Respondent(s)

COURT D/T:

AMOUNT:

**STATE OF NEW YORK COUNTY OF ORANGE ss:**

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on **6/3/08**        at **11:00 AM** at   CITY OF MIDDLETOWN, CITY HALL, 16 JAMES STREET
                                   MIDDLETOWN, NEW YORK 10940

deponent served the within   **SUMMONS IN A CIVIL ACTION, COMPLAINT & JURY TRIAL DEMANDED, JUDGE'S RULES & ELECTRONIC FILING RULES**

on   **MARLINDA DUNCANSON, Individually**

therein named

**INDIVIDUAL**   ☑   By Personally delivering to and leaving with said individual, and that he knew the person so served to be the person mentioned and described in said writ.

         ☐   AND AT THE SAME TIME PAYING IN ADVANCE        THE AUTHORIZED FEE

**DESCRIPTION**      Deponent describes the individual served as follows:

**FEMALE, WHITE SKIN, BROWN HAIR, 45 - 50 YRS., 5'5", 150 - 160 LBS.**

Other identifying features:

**GLASSES**

**MILITARY SERVICE**   ☑   I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any capacity whatever and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on: **6/4/08**

DINA BENNETT

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES JULY 15, 20__
01G05013764

JOANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES AUGUST 15, 20_0_
01J05031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES NOVEMBER 30, 20__
4632958